# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLIFF ALLENBY, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00554-EPG (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF NO. 2) |

Plaintiff is a civil detainee proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

In the instant action, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 2). Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

　Dated:　**May 1, 2018**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1