UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>Plaintiff,<br><br>v.<br><br>CLIFF ALLENBY, et al.,<br><br>Defendants. | No. 1:18-cv-00554-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 19) |

Plaintiff, Richard Scott Kindred, a civil detainee at the Coalinga State Hospital ("CSH"), is proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 8, 2019, the assigned magistrate judge entered findings and recommendations recommending that the case proceed on plaintiff's third amended complaint on the following claims: violation of the Fourth Amendment right against unreasonable search and seizure against defendants Brandon Price, J. Corona, Jorge Lopez, and John/Jane Does 1–5; violation of the First Amendment right to free exercise of religion against defendants J. Corona and Jorge Lopez; and violation of the First Amendment right of access to the courts against defendants John/Jane Does 6–10. (Doc. No. 19 at 18.) In addition, the magistrate judge recommended that all other claims

/////

1

asserted and defendants named in the third amended complaint be dismissed for failure to state a claim. (*Id.*)

Plaintiff was provided an opportunity to file objections to the findings and recommendations within twenty-one days. Plaintiff has not filed any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations entered July 8, 2019 (Doc. No. 19) are adopted in full;
2. This action now proceeds against defendants Brandon Price, J. Corona, Jose Lopez, and John/Jane Does 1–5 for violation of plaintiff's Fourth Amendment right to be free from unreasonable search and seizure; against defendants J. Corona and Jose Lopez for violation of plaintiff's First Amendment right to freely exercise his religion; and against John/Jane Does 6–10 for violation of plaintiff's First Amendment right of access to the courts;
3. All other claims asserted and defendants named in the third amended complaint are dismissed with prejudice for failure to state a claim; and
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **October 17, 2019**　　　　　　　*Dale A. Drozd*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE