UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>                Plaintiff,<br><br>    v.<br><br>BRANDON PRICE, *et al.*,<br><br>                Defendants. | Case No. 1:18-cv-00554-DAD-EPG<br><br>ORDER GRANTING MOTION FOR AN ORDER OF PROTECTION<br><br>(ECF No. 49) |

      Plaintiff, Richard Scott Kindred, a civil detainee at the Coalinga State Hospital, is proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's amended motion for an order of protection (ECF No. 49.) The Court held a telephonic hearing on the motion on September 28, 2020. (ECF No. 53.) As discussed during the hearing, the Court will grant the motion.

      Plaintiff seeks a protective order requiring Defendants to preserve evidence. At issue are four items that were seized from Plaintiff and are at issue in this lawsuit: an altar, a ceremonial ribbon shirt, ceremonial deer skin trousers, and a spiritual blanket. As discussed during the hearing, the altar has apparently been destroyed. Defendants' counsel has represented that the other three items – the ceremonial ribbon shirt, ceremonial deer skin trousers, and spiritual blanket – are being held in the property room at Coalinga and are under a litigation hold.

- 1 -

For the reasons described on the record, the Court finds good cause for and will accordingly grant the requested protective order. Accordingly,

IT IS ORDERED THAT:

1. Plaintiff's amended motion for protective order (ECF No. 49) is granted.

2. Defendants and any other individual with possession, custody, or control over the ceremonial ribbon shirt, ceremonial deer skin trousers, and spiritual blanket seized from Plaintiff shall maintain and preserve these items until this litigation is concluded.

Dated: **September 28, 2020**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE