# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED<br><br>              Plaintiff,<br>v.<br><br>BRANDON PRICE, ET AL.,<br><br>              Defendants. | Case No. 1:18-cv-00554-DAD-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE RICHARD SCOTT KINDRED, ID# CO-000543-9, VIA TELEPHONE<br><br>**DATE: November 5, 2020**<br>**TIME: 10:30 a.m**. |

     Richard Scott Kindred, ID # CO-000543-9, a necessary and material witness in a settlement conference in this case on November 5, 2020, is detained in Coalinga State Hospital (CSH), in the custody of the Executive Director.  In order to secure this detainee's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate via remote appearance before Judge Sheila K. Oberto on Thursday, November 5, 2020, at 10:30 a.m.

     ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Executive Director to produce the detainee named above to participate in a settlement conference, via remote appearance, at the time and place above, until completion of the settlement conference or as ordered by the court. The Executive Director shall follow the remote attendance instructions provided by the Court to defendants' counsel.

2. The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Executive Director, CSH, P. O. Box 5000, Coalinga, California 93210:**

**WE COMMAND** you to produce the detainee named above to testify, via remote appearance, before Judge Oberto at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **October 7, 2020**                                   /s/ *Erica P. Grosjean*
                                                                  UNITED STATES MAGISTRATE JUDGE