UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON PRICE, et al.,<br><br>Defendants. | Case No. 1:18-cv-00554-DAD-EPG (PC)<br><br>**ORDER REQUIRING REMOTE APPEARANCES AT SETTLEMENT CONFERENCE**<br><br>Date:  November 5, 2020<br>Time: 10:30 a.m. |

A settlement conference in this matter is set for November 5, 2020, at 10:30 a.m., before the undersigned. (Doc. 47.) In light of the COVID-19 pandemic, the Court ORDERS:

1.  The parties shall appear for the settlement conference remotely via Zoom;

2.  Counsel for Defendants shall contact the undersigned's Courtroom Deputy at wkusamura@caed.uscourts.gov for the Zoom video and dial-in information; and

3.  Counsel for Defendants shall arrange for Plaintiff's participation in the conference with the appropriate personnel at Department of State Hospitals-Coalinga.[1]

IT IS SO ORDERED.

Dated:  __October 14, 2020__          _____ /s/ Sheila K. Oberto _____
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff is unable to appear by video, he may appear telephonically. Alternatively, the Court may continue the settlement conference until video is available.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28