UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON PRICE, et al.,<br><br>Defendants. | Case No. 1:18-cv-00554-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 82) |

Plaintiff Richard Scott Kindred ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Before the Court is Defendants Brandon Price, J. Corona, and Jorge Lopez's ("Defendants") motion for an extension of time to file objections to the Court's findings and recommendations entered on June 15, 2021, recommending that Defendants' motion for summary judgment be granted in part and denied in part. (ECF No. 82.) According to the motion, Defendants request an extension of time to July 20, 2021 to file objections to the findings and recommendations because Defendants' counsel has several conflicting deadlines that will affect his ability to complete the objections. (*Id.*)

Having reviewed the motion, the Court will grant Defendants' request.

///

1

Accordingly, IT IS HEREBY ORDERED that Defendants' motion for an extension of time to file objections to findings and recommendations (ECF No. 82) is GRANTED. Any objections to the Court's findings and recommendations entered on June 15, 2021 (ECF No. 80) shall be filed on or before July 20, 2021. Any reply to the objections shall be served and filed within fourteen (14) days after service of the objections.

IT IS SO ORDERED.

Dated: **July 7, 2021**

/s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE