UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON PRICE, et al.,<br><br>Defendants. | No.  1:18-cv-00554-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 87, 88) |

Plaintiff Richard Scott Kindred is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 6, 2021, plaintiff filed a motion seeking, among other things, an order directing the Litigation Coordinator and a Social Worker at the Department of State Hospitals–Coalinga to allow plaintiff increased law library access.  (Doc. No. 87.)  On August 9, 2021, the assigned magistrate judge construed plaintiff's request as a motion for injunctive relief and issued findings and recommendations recommending that plaintiff's motion for injunctive relief be denied.  (Doc. No. 88 at 2–6.)  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service.  (*Id*. at 6.)  To date, no objections have been filed and the time in which to do so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 9, 2021 (Doc. No. 88) are adopted in full; and

2. Plaintiff's motion for injunctive relief (Doc. No. 87) is denied.

IT IS SO ORDERED.

Dated:  **October 25, 2021**                         /s/ Dale A. Drozd
                                                        UNITED STATES DISTRICT JUDGE