UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON PRICE, et al.,<br><br>Defendants. | No. 1:18-cv-00554-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DOES 1-10 AS DEFENDANTS IN THIS ACTION<br><br>(Doc. No. 89) |

Plaintiff Richard Scott Kindred is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 16, 2021, the assigned magistrate judge issued findings and recommendations recommending that defendants John/Jane Does 1–10 be dismissed from this action without prejudice due to plaintiff's failure to prosecute, failure to obey a court order, and failure to name those Doe defendants and initiate service of process as to them within the time required by Federal Rule of Civil Procedure 4(m). (Doc. No. 89.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service. (*Id*. at 4–5.) To date, no objections have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 16, 2021 (Doc. No. 89) are adopted in full;

2. Defendants John/Jane Does 1–10 are dismissed from this action, without prejudice, due to plaintiff's failure to prosecute, failure to comply with a court order, and failure to initiate service of process pursuant to Federal Rule of Civil Procedure 4(m); and

3. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **October 25, 2021**                           /s/ Dale A. Drozd
                                                       UNITED STATES DISTRICT JUDGE

2