UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>  Plaintiff,<br><br>  v.<br><br>J. CORONA,<br><br>  Defendant. | No. 1:18-cv-00554-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 100, 102) |

Plaintiff Richard Scott Kindred is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 16, 2022, plaintiff filed a motion requesting injunctive relief. (Doc. No. 100.) Defendant did not file a response to plaintiff's motion. On May 5, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion be denied. (Doc. No. 102.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 4.) To date, no objections have been filed with the court, and the time in which to do so has since passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 4, 2022 (Doc. No. 102) are adopted; and
2. Plaintiff's motion for injunctive relief (Doc. No. 100) is denied.

IT IS SO ORDERED.

Dated: **June 13, 2022**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2