UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br>                    Plaintiff,<br><br>v.<br><br>ALLENBY, *et al.*,<br>                    Defendants. | 1:18-cv-00554-DAD-EPG  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **RICHARD SCOTT KINDRED, ID # CO 000543-9, <u>BY ZOOM VIDEO CONFERENCE</u>**<br><br>DATE: September 13, 2022<br>TIME:  10:10 a.m. |

**Richard Scott Kindred, ID # CO 000543-9**, a necessary and material witness in a settlement conference in this case on September 13, 2022, is detained in Coalinga State Hospital (CSH), in the custody of the Executive Director.  In order to secure this detainee's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee **to appear by Zoom video conference** before Magistrate Judge Sheila K. Oberto on September 13, 2022, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Executive Director to produce the detainee named above to participate in a settlement conference, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the settlement conference, or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Coordinator at Coalinga State Hospital at (559) 935-4308 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Wendy Kusamura, Courtroom Deputy, at wkusamura@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Executive Director, CSH, P.O. Box 5000, Coalinga, California 93210:**

**WE COMMAND** you to produce the detainee named above to testify before Judge Oberto, **along with any necessary legal property, to appear by Zoom video conference** at the time and place above, until completion of the settlement conference, or as ordered by the court.

//

//

**FURTHER**, you have been ordered to notify the court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **August 10, 2022**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

