1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   RICHARD SCOTT KINDRED,                  Case No. 1:18-cv-00554-ADA-EPG (PC)

11                 Plaintiff,                **ORDER VACATING TELEPHONIC PRE-
                                             SETTLEMENT CONFERENCE OF
12        v.                                 SEPTEMBER 6, 2022 AND SETTLEMENT
                                             CONFERENCE OF SEPTEMBER 13, 2022**
13   BRANDON PRICE, et al.,
                                             **ORDER RESETTING PRE-SETTLEMENT
14                Defendants.                CONFERENCE FOR JANUARY 3, 2023
                                             AND SETTLEMENT CONFERENCE FOR
15                                           JANUARY 12, 2023, AND SETTLEMENT
                                             CONFERENCE PROCEDURES**
16

17

18          Plaintiff Richard Scott Kindred is a civil detainee proceeding *pro se* and *in forma pauperis*

19   in this civil rights action pursuant to 42 U.S.C. § 1983.

20          On August 31, 2022, the Court learned from counsel for Defendant Corona that Plaintiff is

21   unavailable for the telephonic pre-settlement conference set for September 6, 2022, as Plaintiff

22   has been transported to an outpatient medical facility for emergency medical care and Plaintiff's

23   "conditions are still developing." (Doc. 107.) It is not known when Plaintiff will be returned to

24   Coalinga State Hospital. For those same reasons, it is unlikely Plaintiff will be available for the

25   settlement conference scheduled for September 13, 2022. (*Id.*)

26          In light of Plaintiff's unavailability, both proceedings will be vacated. The telephonic pre-

27   settlement conference and settlement conference will be rescheduled as set forth below.

28

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1.  The writ issued on August 10, 2022 is VACATED;

2.  The September 6, 2022, telephonic pre-settlement conference and the September 13, 2022, settlement conference are VACATED and will be RESET as follows:

    a.  The Court RESETS a telephonic pre-settlement conference for **January 3, 2023, at 1:30 p.m.**, before Magistrate Judge Sheila K. Oberto to discuss whether the settlement conference will be productive.  Defense counsel shall arrange for Plaintiff's participation.  The parties shall dial 1-888-557-8511 and enter access code 6208204# for the telephonic conference.

    b.  The Court RESETS a settlement conference for **January 12, 2023, at 10:00 a.m.**, before the undersigned to be conducted over Zoom.[1]  Defense counsel shall arrange for Plaintiff's participation. Prior to the conference, defense counsel shall contact Judge Oberto's courtroom deputy via email at wkusamura@caed.uscourts.gov for the Zoom videoconference connection information.  The Court will issue a writ of *habeas corpus ad testificandum* to allow for Plaintiff's participation, as appropriate.

3.  Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall participate in the conference.  The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.

4.  Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference.  Participants in the conference must be prepared to discuss the claims, defenses, and damages.

5.  The parties shall engage in informal settlement negotiations as follows:

    No later than **October 28, 2022**, Plaintiff shall submit to Defendant, by mail, a written itemization of damages and a meaningful settlement demand, including a brief

---

[1] The Court will notify the parties in advance if the settlement conference will proceed by other means.

explanation of why such settlement is appropriate, which shall not exceed 5 pages.  No later than **November 17, 2022**, Defendant shall respond, by mail or telephone, with an acceptance of Plaintiff's offer or a meaningful counteroffer, including a brief explanation of why such a settlement is appropriate.  If settlement is achieved, the parties shall file a Notice of Settlement as required by Local Rule 160.

6.  If settlement is not achieved informally, the parties shall submit confidential settlement conference statements no later than **December 19, 2022**.  Defendant shall email the statement to skoorders@caed.uscourts.gov.  Plaintiff shall mail his statement, clearly captioned "Confidential Settlement Conference Statement," to United States District Court, Attn: Magistrate Judge Sheila K. Oberto, 2500 Tulare Street, Room 1501, Fresno, CA 93721.  Once the parties have submitted their statements, they shall file a "Notice of Submission of Confidential Settlement Conference Statement" with the court. The confidential settlement conference statements themselves **should not be filed** with the court **nor served** on the opposing party.

7.  The confidential settlement conference statements should be no longer than 5 pages in length and include:

    a.  A brief summary of the facts of the case;

    b.  A brief summary of the claims and defenses of the case, i.e., the statutory, constitutional, or other grounds upon which the claims are founded;

    c.  A forthright discussion of the strengths and weaknesses of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;

    d.  An estimate of the party's expected costs and time to be expended for further discovery, pretrial matters, and trial;

    e.  A summary of past settlement discussions, including the informal settlement negotiations required above; a statement of the party's current position on

settlement, including the amount the party would offer and accept to settle (in specific dollar amounts); and a statement of the party's expectations for settlement discussions;

    f.  An estimate of any restitution allocated to Plaintiff, or other financial obligation assigned to Plaintiff, that would affect the parties' settlement discussions;

    g.  A list of the individuals who will be attending the conference on the party's behalf, including names and, if appropriate, titles; and,

    h.  If a party intends to discuss the settlement of any other actions or claims not raised in this suit, a brief description of each action or claim, including case number(s), as applicable.

8.  The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at DSH-Coalinga via facsimile at (559) 935-4308 or via email.

IT IS SO ORDERED.

Dated:  **September 1, 2022**                     */s/ Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

4