UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>   Plaintiff,<br><br>   v.<br><br>ALLENBY, *et al.*,<br><br>   Defendants. | Case No. 1:18-cv-00554-ADA-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 105)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON RICHARD SCOTT KINDRED AND ON THE LITIGATION COORDINATOR AT COALINGA STATE HOSPITAL |

On September 1, 2022, the settlement conference judge, Magistrate Judge Sheila K. Oberto, reset the date for the settlement conference scheduled on September 13, 2022, to January 12, 2023, at 10:00 a.m. (ECF No. 108). Therefore, the Court will vacate the order and writ of habeas corpus ad testificandum issued on August 10, 2022. (ECF No. 105). The Court notes that it will issue an order and writ of habeas corpus ad testificandum with the new date approximately a month before the continued settlement conference.

Accordingly, IT IS ORDERED that:

1. The order and writ of habeas corpus ad testificandum issued on August 10, 2022, which directed the Executive Director to produce Richard Scott Kindred, # CO 000543-9, for a settlement conference on September 13, 2022, is VACATED; and

\\\

\\\

\\\

\\\

2. The Clerk of Court is directed to serve a copy of this order on Richard Scott Kindred via mail and on the litigation coordinator at Coalinga State Hospital via e-mail.

IT IS SO ORDERED.

Dated: **September 6, 2022**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE