1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

RICHARD SCOTT KINDRED,

No. 1:18-cv-00554-ADA-EPG (PC)

12

Plaintiff,

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

13

v.

14

CLIFF ALLENBY, *et al.*,

(ECF Nos. 111, 113, 114, 118, 119)

15

Defendants.

16
17
18

Plaintiff Richard Scott Kindred ("Plaintiff"), a civil detainee proceeding pro se and *in*

19

*forma pauperis*, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on April 25, 2018.

20

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B)

21

and Local Rule 302.

22

On October 31, 2022, defense counsel filed a "Notice of Death of Plaintiff Richard Scott

23

Kindred," which states that Plaintiff died during the pendency of this action.  (ECF No. 111.)  On

24

May 22, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending

25

that this case be dismissed pursuant to Federal Rule of Civil Procedure 25(a)(1), which requires

26

that a motion for substitution by any party or by the decedent's successor or representative must be

27

made within 90 days upon service of a statement of notice of death.  (ECF No. 119.)  The findings

28

and recommendations contained notice that any objections were to be filed within fourteen days

1

after service.  (*Id*. at 2.)  To date, no party has filed objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The Findings and Recommendations issued on May 22, 2023, (ECF No. 119), are ADOPTED in FULL;

2. This action is DISMISSED pursuant to Federal Rule of Civil Procedure 25(a)(1); and

3. The Clerk of Court is directed to CLOSE this case.


IT IS SO ORDERED.

Dated:   September 18, 2023   

UNITED STATES DISTRICT JUDGE